USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ**, *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | **20-cv-07731 (ALC)** |
| -against- | **ORDER OF DISCONTINUANCE** |
| **CASABELLA, LLC, ET AL.**, | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:   **December 2, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**